UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

-----------------------------------------------------------------------x

Marinella Steccone, individually and on behalf of all others similarly situated,

          Plaintiff,

Case No.: 9:21-cv-28

-against-

ABC Collectors, Inc. And John Does 1-25.
          Defendant(s).

-----------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 27th day of May, 2021         Respectfully Submitted,

                                               */s/ Raphael Deutsch*
                                               Raphael Deutsch
                                               Stein Saks, PLLC
                                               285 Passaic Street
                                               Hackensack, NJ 07601
                                               Phone: 201-282-6500
                                               rdeutsch@steinsakslegal.com
                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 27, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    */s/ Raphael Deutsch*
                                                    Raphael Deutsch