IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARINELLA STECCONE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ABC COLLECTORS, INC. and JOHN DOES 1-25,<br><br>                Defendants. | CV 21–28–M–DLC–KLD<br><br><br>ORDER |

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 16.)

IT IS ORDERED that this case is DISMISSED with prejudice, each party to pay its own fees and costs.

DATED this 28th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court